# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

*In re BAYCOL PRODUCTS LITIGATION*          MDL NO. 1431 (MJD/SRN)


**O R D E R**

This Document Relates to:

*Paul Davis v. Bayer Corp., et al.*          Case No. 04-1234

_____

Reshonda Bradford, Esq., on behalf of Plaintiff Paul Davis

Susan Weber and James Mizgala, Esqs. on behalf of Defendant Bayer Corporation

_____

      The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson.  No objections have been filed to that Report and Recommendation in the time period permitted.  Accordingly, based on the Report and Recommendation and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff Paul Davis (Doc. No. 20) is **DENIED AS MOOT**.


Dated: February 14, 2008          s / Michael J. Davis_____
                                            MICHAEL J. DAVIS
                                            United States District Court Judge